# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

A.C.

                              Plaintiff,

v.                                                 Case No.: 1:15−cv−07656
                                                          Honorable Thomas M. Durkin

R.U.N.A. Business Incorporated, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 12/5/2016. This action is hereby dismissed without prejudice with leave to move to reinstate on or before 1/5/2017. Absent a timely filed motion to reinstate or extend the time in which to reinstate, this dismissal order will become with prejudice on 1/6/2017 without further court action. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.